# United States District Court
# Central District of California

| | |
|---|---|
| ITN FLIX, LLC et al., <br>                 Plaintiffs, <br>    v. <br> GLORIA HINOJOSA, et al., <br>                Defendants. | Case No. 2:14-cv-08797-ODW (AGRx) <br><br> **JUDGMENT** |

Plaintiffs ITN Flix, LLC and Gil Medina brought this action against Defendants Robert Rodriguez; Machete Kills, LLC; El Chingon, Inc.; Troublemaker Studios, L.P.; and Quick Draw Productions, LLC (collectively, "Rodriguez Defendants"), and Defendants Gloria Hinojosa; and Amstel, Eisenstadt, Frazier & Hinojosa Talent Agency (collectively, "Hinojosa Defendants"). Rodriguez Defendants and Hinojosa Defendants are collectively "Defendants."

On August 6, 2019, the Court granted Defendants' Motion To Dismiss and/or Strike, and Motion To Dismiss. (ECF No. 135.) The Court also granted Rodriguez Defendants' Motion for Ruling on Defendants' Anti-SLAPP Motion to Strike and granted, in part, Rodriguez Defendants' Motion to Strike. (ECF No. 136.) On March 2, 2020, the Court granted, in part, Rodriguez Defendants' Motion for Attorneys' Fees and Costs, awarding $186,777.90 in attorneys' fees and $1595.54 in costs. (ECF No. 148.)

It is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendants;
2. This action is dismissed on the merits and with prejudice; and
3. Rodriguez Defendants shall recover from Plaintiffs the sum of $188,373.44.

**IT IS SO ORDERED.**

March 19, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**